# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 16-30486

_____

United States Court of Appeals
Fifth Circuit

**FILED**
October 12, 2018

Lyle W. Cayce
Clerk

RICKY LANGLEY,

Petitioner – Appellant

v.

HOWARD PRINCE, WARDEN, ELAYN HUNT CORRECTIONAL CENTER,

Respondent – Appellee

_____

Appeal from the United States District Court for the
Western District of Louisiana

_____

ON PETITION FOR REHEARING EN BANC

(Opinion May 14, 2018, 5 Cir., 2018, 890 F.3d 504)

Before STEWART, Chief Judge, JONES, SMITH, DENNIS, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, COSTA, WILLETT, HO, DUNCAN, ENGELHARDT, and OLDHAM, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.